UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-20957-CIV-GRAHAM/TORRES

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

OSVALDO PITTERS,
TERRELL J. KUYKENDALL,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Final Judgements Against Defendants Terrell Kuykendall ("Kuykendall") and Osvaldo Pitters ("Pitters") and to Dismiss Disgorgement and Prejudgment Interest Claims [D.E. 56].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Edwin G. Torres [D.E. 40]. The Magistrate Judge issued a Report [D.E. 59] recommending that the motion be granted. The parties did not file objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge

Torres' Report [D.E. 59] is **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Final Judgements Against Defendants Kuykendall and Pitters and to Dismiss Disgorgement and Prejudgment Interest Claims [D.E. 56] is **GRANTED**. The Final Judgment shall be entered as a separate Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of April, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Torres
    All Counsel of Record